E-FILED
Thursday, 27 May, 2021 10:50:58 AM
Clerk, U.S. District Court, ILCD

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Central District of Illinois

FILED
MAY 2 6 2021
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America<br>v.<br>Sylvester George Taylor Staples<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 21-6410<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 16, 2021 to May 25, 2021__ in the county of __Rock Island__ in the __Central__ District of __Illinois__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 751(a) | Escape from custody of the Attorney General or his lawful representative, said confinement being by virtue of a conviction of a felony offense |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

s/ Ryan Jackson
*Complainant's signature*

Ryan Jackson, Deputy United States Marshal
*Printed name and title*

Sworn to me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1
s/ Jonathan E. Hawley

Date: 05/26/2021

*Judge's signature*

City and state: Peoria, IL

Jonathan E. Hawley, U.S. Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Ryan Jackson, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deputy U.S. Marshal with the United States Marshals Service, having been so employed since July 2010. I successfully completed approximately nineteen (19) weeks of full-time instruction at the Federal Law Enforcement Training Center in Glynco, Georgia, which included topics such as constitutional and criminal law, search warrant preparation and service, interviewing and interrogation, surveillance, and evidence collection. As part of my regularly assigned duties, I conduct investigations into the whereabouts of local, state, and federal fugitives from justice.

2. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein. The statements contained in this affidavit do not comprise the entirety of the facts surrounding this investigation, merely those sufficient to establish probable cause that a violation of federal law has occurred.

3. Affiant is aware that, pursuant to Title 18, United States Code, Sections 4041 and 4042, the Bureau of Prisons is an authorized representative of the United States Attorney General.

4. On January 18, 2017, a judgment was entered by the United States District Court for the Central District of Illinois, ordering that Sylvester George Taylor Staples be

1

committed to the custody of the United States Bureau of Prisons (the "Bureau of Prisons") to serve a sentence of 72 months imprisonment for the conviction of Possession of Crack Cocaine and Marijuana with Intent to Distribute in violation of Title 21, United States Code, Section 841, and Felon in Possession of a Firearm in violation of Title 18, United States Code, Section 922, both felonies under federal law. Staples was also ordered to serve a term of three (3) years of supervised release following imprisonment.

5. On November 4, 2020, Staples was transferred to serve the remainder of his sentence, pursuant to the authority delegated to the Bureau of Prisons, at a Residential Re-Entry Center (the "RRC") in Davenport, Scott County, Iowa. Staples was to serve an approximately 178-day RRC placement. Staples's projected release date from the RRC was May 2, 2021.

6. On March 11, 2021, Staples signed a Bureau of Prisons Conditions of Home Detention form agreeing to stay in communication with the RRC, reside at 709 25th St. East Moline, IL, adhere to an electronic monitoring program participation, and report to the RRC on a weekly basis. On March 11, 2021, Staples was placed per the authority of the Bureau of Prison on home confinement at 709 25th St. East Moline, IL.

7. On April 16, 2021, at 7:41 p.m., RRC staff received notification that Staples's GPS strap had been tampered and removed. RRC staff immediately attempted to make contact with Staples but were unable to reach him after making several calls to his home and cell phone. Additionally, RRC staff attempted to contact Staples's

1

emergency contact with no success. Escape procedures were initiated with negative results. Staples was placed on escape status by the Bureau of Prisons on-call duty officer at 8:45 p.m. Staples's last confirmed whereabouts was at or near 817 15th Ave. East Moline, IL at approximately 7:41 p.m., according to his GPS ankle monitor. All other accountability checks attempted by RRC staff were negative. As of at least April 16, 2021, Staples failed to reside at 709 25th St. East Moline, IL, as directed by the Bureau of Prisons.

8. On May 25, 2021, your affiant and other members of the United States Marshals Service apprehended Staples in Davenport, Iowa. Staples is currently being held at Scott County Jail.

9. Based on the above facts, I have probable cause to believe that Staples left federal custody on or around April 16, 2021, which is a violation Title 18, United States Code, Section 751(a).


s/ Ryan Jackson

_____
Ryan Jackson, Deputy U.S. Marshal
United States Marshals Service


Sworn to me over the telephone and signed by
me pursuant to Fed.R.Crim.P. 4.1 and 4(d) on
this 26th day of May, 2021.

2

s/ Jonathan E. Hawley

_____
Jonathan E. Hawley
United States Magistrate Judge